# IN THE SUPREME COURT OF THE STATE OF NEVADA

MAKELE TEKLE,
                              Appellant,
    vs.
JACOB TECOSKY-FELDMAN,
                              Respondent.

No. 70966

**FILED**

JAN 30 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment on a jury verdict in a negligence action. Eighth Judicial District Court, Clark County; Joanna Kishner, Judge.

When our initial review of the docketing statement and documents before this court revealed a potential jurisdictional defect, we order appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, it appeared that the district court had not yet entered a final judgment appealable under NRAP 3A(b)(1) where appellant's claims against CAR-NV.com and Nationwide Auto Finance, LLC remained pending in the district court.

In response, appellant asserts that the clerk entered a default against CAR-NV.com on February 12, 2014. However, it does not appear, and appellant does not assert, that a default judgment, or any other judgment was ever entered against CAR-NV.com.[1] Appellant concedes

---

[1]Appellant suggests that no judgment resolving the claims against CAR-NV.com is necessary because it did not appear in the action. CAR-NV.com was named as a party and served with process. Thus, it was a party to the district court proceedings. *See Albert D. Massi, Ltd. v. Bellmyre*, 111 Nev. 1520, 1521, 908 P.2d 705, 706 (1995). To be final, a
*continued on next page...*

17-03290

that although the district court granted a motion for a good faith settlement regarding the claims against Nationwide, no order formally resolves those claims. *See Valley Bank of Nevada v. Ginsburg*, 110 Nev. 440, 445-46, 874 P.2d 729, 733 (1994). We thus conclude that claims remain pending in the district court such that the challenged order is not appealable as a final judgment under NRAP 3A(b)(1). *See Lee*, 116 Nev. at 426, 996 P.2d at 417. Accordingly, we lack jurisdiction and we

ORDER this appeal DISMISSED.[2]



_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Joanna Kishner, District Judge
       William C. Turner, Settlement Judge
       Greenman Goldberg Raby & Martinez
       Law Offices of Kenneth E. Goates
       Eighth District Court Clerk

---

*...continued*

judgment must resolve all claims as to all parties. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000).

[2]Appellant may file a notice of appeal from any appealable order entered by the district court.